CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 15 2024

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CECIL F., JR., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:23cv00034 |
| | ) |
| v. | ) **JUDGMENT ORDER** |
| | ) |
| MARTIN O'MALLEY, | ) By:  Hon. Thomas T. Cullen |
| Commissioner of Social Security, | )      United States District Judge |
| | ) |
| Defendant. | ) |

Having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure for Plaintiff Cecil F., Jr.

The clerk is directed to forward a copy of this Judgment Order to the parties.

**ENTERED** this 15th day of May, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE